FILED
2016 AUG 16 P 1:59
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 10-24788-GLT |
| | Chapter 13 |
| MIKE BUSSARD and | |
| SALLY ANN BUSSARD, | Related to Dkt. Nos. 102 and 113 |
| Debtors. | |
| In re: | Case No. 10-24789-GLT |
| | Chapter 13 |
| KERI ANN BURGWIN | |
| f/k/a KERI ANN KOLODZIY, | Related to Dkt. Nos. 55 and 70 |
| Debtors. | |
| In re: | Case No. 10-22428-GLT |
| | Chapter 13 |
| LISA DARLENE THOMPSON, | |
| | Related to Dkt. Nos. 52 and 61 |
| Debtor. | |
| In re: | Case No. 08-22076-GLT |
| | Chapter 13 |
| CATHERINE ELIZBETH NEVELS, | |
| | Related to Dkt. Nos. 151 and 166 |
| Debtor. | |

## ORDER REOPENING CASES

This matter initially came before the Court upon numerous *Orders to Show Cause* issued against Jon A. Cwalina, Esq. for his failure to attend several Court hearings and to comply with various Court *Orders*. The *Orders to Show Cause* were issued in each of the above-captioned cases: (1) *In re Bussard*, Case No. 10-24788 at Dkt. No. 102; (2) *In re Burgwin*, Case No. 10-24789 at Dkt. No. 55; (3) *In re Thompson*, Case No. 10-22428 at Dkt. No. 52; and (4) *In re Nevels*, Case No. 08-22076 at Dkt. No. 151. On March 11, 2014, the Court issued an *Order* in each case finding Attorney Cwalina in contempt of this Court and requiring him to pay the sum

of $200 to the Office of the Chapter 13 Trustee by March 18, 2014.  At a hearing held on April 16, 2014, the chapter 13 trustee verified that Attorney Cwalina remitted the $200 sanction to her office.  For the limited purpose of disposing of the outstanding *Orders to Show Cause*, the Court will *sua sponte* reopen each case.

AND NOW, based upon the forgoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the Clerk shall **REOPEN** each of the four above-captioned cases for the limited purpose of disposing of the *Orders to Show Cause*.

Dated: August 16, 2016

_____
GREGORY L. TADDONIot
UNITED STATES BANKRUPTCY JUDGE

<u>Case administrator to mail to:</u>
Mike and Sally Ann Bussard
Keri Ann Burgwin
Lisa Darlene Thompson
Catherine Elizbeth Nevels
Jon A. Cwalina, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 08-22076-GLT
Catherine Elizbeth Nevels                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin             Page 1 of 1            Date Rcvd: Aug 16, 2016
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db             +Catherine Elizbeth Nevels,    1521 Hatteras Street,    Pittsburgh, PA 15212-4314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Aurora Loan Services, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              David H. Lipow    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              David H. Lipow    on behalf of Creditor    CSFB - SPECIAL SERVICING bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              Derek K. Koget    on behalf of Creditor    Allegheny County dkoget@grblaw.com,  cnoroski@grblaw.com
              Jon A. Cwalina    on behalf of Debtor Catherine Elizbeth Nevels joncwalina@yahoo.com,
               jclawnotices@yahoo.com;jcwalina@yahoo.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9