IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 10-24788-GLT |
| | : Chapter 13 |
| MIKE BUSSARD and | : |
| SALLY ANN BUSSARD, | : Related to Dkt. No. 102 and 113 |
| | : |
| Debtors. | : |
| | : |
| In re: | : Case No. 10-24789-GLT |
| | : Chapter 13 |
| KERI ANN BURGWIN | : |
| f/k/a KERI ANN KOLODZIY, | : Related to Dkt. No. 55 and 70 |
| | : |
| Debtors. | : |
| | : |
| In re: | : Case No. 10-22428-GLT |
| | : Chapter 13 |
| LISA DARLENE THOMPSON, | : |
| | : Related to Dkt. No. 52 and 61 |
| Debtor. | : |
| | : |
| In re: | : Case No. 08-22076-GLT |
| | : Chapter 13 |
| CATHERINE ELIZBETH NEVELS, | : |
| | : Related to Dkt. No. 151 and 166 |
| Debtor. | : |
| | : |

## ORDER OF COURT

This matter initially came before the Court upon numerous *Orders to Show Cause*

issued against Jon A. Cwalina, Esq. for his failure to attend several Court hearings and to comply

with various Court *Orders*. The *Orders to Show Cause* were issued in four cases: (1) *In re*

*Bussard*, Case No. 10-24788-GLT at Dkt. No. 102; (2) *In re Burgwin*, Case No. 10-24789-GLT

at Dkt. No. 55; (3) *In re Thompson*, Case No. 10-22428-GLT at Dkt. No. 52; and (4) *In re*

*Nevels*, Case No. 08-22076-GLT at Dkt. No. 151.

On March 11, 2014, the Court issued an *Order* in each of the four above-captioned cases finding Attorney Cwalina in contempt of this Court and requiring him to pay the sum of $200 to the Office of the Chapter 13 Trustee by March 18, 2014. The *Order* directed the chapter 13 trustee to hold the $200 in trust pending further order of this Court. The *Order* further provided that the funds were to be used to cover legal fees for clients in the event that replacement legal counsel became necessary. At a hearing held on April 16, 2014, the chapter 13 trustee verified that Attorney Cwalina remitted the $200 sanction to her office.

After multiple *Orders to Show Cause* against Attorney Cwalina and numerous hearings before the Court, it appears that Attorney Cwalina worked diligently to ensure that the majority of his cases reached a satisfactory conclusion. As of the date of this *Order*, Attorney Cwalina remains attorney-of-record in only two active bankruptcy cases. The Court finds that, because Attorney Cwalina substantially complied with each *Order to Show Cause*, it is appropriate to refund the $200 sanction that is currently on hand with the chapter 13 trustee. As it appears that replacement counsel may no longer be necessary in light of Attorney Cwalina's corrective actions, the Court finds no basis for the trustee to retain the funds at this time.

**AND NOW**, based upon the forgoing, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.    Any response to this *Order* shall be filed on or before **August 29, 2016**.

2.    In the event no timely responses to this *Order* are filed, the chapter 13 trustee shall refund to Jon A. Cwalina, Esq. the sum of $200 that is being held in trust by her office by **September 6, 2016**.

3.    On or before **September 9, 2016**, the chapter 13 trustee shall file a status report indicating whether the refund has been made.

2

4.      Upon the submission of the status report, each of the above-captioned

cases may be closed.


Dated: August 16, 2016

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Mike and Sally Ann Bussard
Keri Ann Burgwin
Lisa Darlene Thompson
Catherine Elizbeth Nevels
Jon A. Cwalina, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

3

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 08-22076-GLT
Catherine Elizbeth Nevels                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin              Page 1 of 1           Date Rcvd: Aug 16, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db             +Catherine Elizbeth Nevels,    1521 Hatteras Street,    Pittsburgh, PA 15212-4314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 16, 2016 at the address(es) listed below:
        Andrew F Gornall     on behalf of Creditor   Aurora Loan Services, LLC agornall@goldbecklaw.com,
         bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        David H. Lipow     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC bkecf@milsteadlaw.com,
         dlipow@milsteadlaw.com
        David H. Lipow     on behalf of Creditor    CSFB - SPECIAL SERVICING bkecf@milsteadlaw.com,
         dlipow@milsteadlaw.com
        Derek K. Koget     on behalf of Creditor    Allegheny County dkoget@grblaw.com,   cnoroski@grblaw.com
        Jon A. Cwalina     on behalf of Debtor Catherine Elizbeth Nevels joncwalina@yahoo.com,
         jclawnotices@yahoo.com;jcwalina@yahoo.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
         rive.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor   Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 9