## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Mike Bussard | : | Case No.10-24788GLT |
| Sally Ann Bussard | : | Chapter 13 |
| Debtor(s) | : | Re Doc. No. 140 |
| | : | |
| In re: | : | |
| Keri Ann Burgwin | : | Case No. 10-24789GLT |
| f/k/a Keri Ann Kolodziy | : | Chapter 13 |
| Debtor(s) | : | Re. Doc. No. 133 |
| | : | |
| In re: | : | |
| Lisa Darlene Thompson | : | Case No. 10-22428GLT |
| | : | Chapter 13 |
| Debtor(s) | : | Re. Doc. No. 76 |
| | : | |
| In re: | : | Case No. 08-22076GLT |
| Catherine Elizbeth Nevels | : | Chapter 13 |
| | : | Re. Doc. No. 176 |
| Debtor(s) | : | |

### TRUSTEE'S STATUS REPORT

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. On September 6, 2016, the sum of $200.00, which had been held by the Trustee pursuant to the Court's March 11, 2014 order, was returned to Jon A. Cwalina by regular United States mail.

WHEREFORE, the Trustee so reports, in compliance with this Court's August 16, 2016 order.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:9/14/16                     by    /s/ Richard J. Bedford
                                 Richard J. Bedford - PA I.D. #25069
                                 Attorney for Trustee
                                 US Steel Tower – Suite 3250
                                 600 Grant St.
                                 Pittsburgh, PA  15219
                                 (412) 471-5566
                                 rbedford@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
Mike Bussard                              :     Case No.10-24788GLT
Sally Ann Bussard                         :     Chapter 13
      Debtor(s)              :     Re Doc. No. 140
                                          :
In re:                                    :
Keri Ann Burgwin                          :     Case No. 10-24789GLT
f/k/a Keri Ann Kolodziy                   :     Chapter 13
      Debtor(s)              :     Re. Doc. No. 133
                                          :
In re:                                    :
Lisa Darlene Thompson                     :     Case No. 10-22428GLT
                                          :     Chapter 13
      Debtor(s)              :     Re. Doc. No. 76
                                          :
In re:                                    :     Case No. 08-22076GLT
Catherine Elizbeth Nevels                 :     Chapter 13
                                          :     Re. Doc. No. 176
      Debtor(s)              :

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 14th of September 2016, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Catherine Elizbeth Nevels
1521 Hatteras Street
Pittsburgh PA 15212

Jon A. Cwalina, Esquire
PO Box 478
Warrendale PA 15095-0748

                                   _/s/Dianne DeFoor_____
                                   Office of Chapter 13 Trustee
                                   US Steel Tower – Suite 3250
                                   600 Grant Street
                                   Pittsburgh, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com